UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS D. SMALLWOOD,

Plaintiff,

v.

CYNTHIA ROJAS, et al.,

Defendants.

Case No. 26-cv-01858-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla, et al.*, No. C 25-2820 TLT (PR).

**IT IS SO ORDERED.**

Dated: March 5, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California